IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

APR 2 6 2023

KEVIN P. WEIMER, Clerk
By: BP  Deputy Clerk

UNITED STATES OF AMERICA

v.

ROBERT WILLIAMS

Criminal Information

No. 1:23-cr-0121-LMM

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 20, 2020, in the Northern District of Georgia, the defendant, ROBERT WILLIAMS, and others known and unknown to the United States Attorney, did knowingly and intentionally use a communication facility, that is, a cellular telephone, in committing and causing and facilitating the commission of any act and acts constituting a felony under Title 21, United States Code, Section 846, that is, a conspiracy to possess with intent to distribute a controlled substance, said act involving at least 50 grams of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 843(b).

RYAN K. BUCHANAN
*United States Attorney*

NATASHA COOPER
*Assistant United States Attorney*
Georgia Bar No. 612489

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181